# TURANO LAW

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

October 6, 2026
Conference adjourned from October 15 to November 4 at 10 A.M.
So Ordered
Sidney H Stein
U.S.D.J.

October 6, 2026

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Shawn King
26 Cr. 288 (SHS)

Dear Judge Stein:

I represent Shawn King in the above-referenced matter. A status conference is scheduled for October 15, 2026. I write to request an adjournment of that date.

I will be on trial starting October 13, 2026, before the Honorable Michael E. Farbiarz, U.S.D.J., in the District of New Jersey, in *United States v. Amir Canty*, Crim. No: 25-589 (MEF). The case is expected to last through October. The parties have consented to this adjournment request and are available November 4th anytime, and the mornings of November 5th and 6th.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc: All Counsel of Record (by ECF)